958

**SECURITIES AND EXCHANGE COMMISSION**

v.

**J. P. HOWELL & COMPANY, Inc., and Michael LaMarca, Appellants.**

No. 14613.

United States Court of Appeals Third Circuit.

Argued April 23, 1964.

Decided May 11, 1964.

Bernard J. Coven, New York City, for appellants.

Walter P. North, Assoc. Gen. Counsel, Washington, D. C. (Philip A. Loomis, Jr., Gen. Counsel, Robert L. McCloskey, Atty., Securities and Exchange Commission, Washington, D. C., on the brief), for plaintiff.

Before KALODNER, HASTIE and FORMAN, Circuit Judges.

PER CURIAM.

On review of the record we cannot say that the District Court abused its discretion in entering "Judgment of Permanent Injunction" and accordingly that Judgment will be affirmed.

**ELECTROLUX CORPORATION, Appellant,**

v.

**DUSTPAK, LTD., INC., and Anschel Wolf, Appellees.**

No. 421, Docket 28362.

United States Court of Appeals Second Circuit.

Argued May 4, 1964.

Decided May 5, 1964.

John T. Kelton, New York City (Watson, Leavenworth, Kelton & Taggart; Elmer R. Helferich; Thomas C. Betts), New York City, for appellant.

Samuel J. Stoll, Jamaica, N. Y., for appellees.

Before WATERMAN, FRIENDLY and SMITH, Circuit Judges.

PER CURIAM.

The judgment of the district court dismissing plaintiff's action alleging patent infringement is affirmed on the opinion of Judge Dooling which is reported at 215 F.Supp. 367 (E.D.N.Y.1963).